# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

————————

No. 06-1530

————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Cynthia Collette Vandry, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

————————

Submitted: January 11, 2007
Filed: January 29, 2007

————————

Before MURPHY, HANSEN, and SMITH, Circuit Judges.

————————

PER CURIAM.

Cynthia Collette Vandry appeals the district court's[1] denial of her Rule 35(b) motion to reduce her sentence. Assuming excusable neglect exists to pardon the untimeliness of her notice of appeal, we affirm the district court's denial of Vandry's motion. "There is no provision in Rule 35(b) of the Federal Rules of Criminal Procedure for a motion by a defendant for a reduction based upon a claim of substantial assistance to the [G]overnment." United States v. Palmer, 297 F.3d 760,

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

768 (8th Cir. 2002), <u>cert.</u> <u>denied</u>, 537 U.S. 1143, <u>cert.</u> <u>denied</u>, 537 U.S. 1213, and <u>cert.</u> <u>denied</u>, 538 U.S. 937 (2003).  To the extent Vandry argues that the Government should have filed a Rule 35(b) motion, she has failed to make a "substantial threshold showing" that the Government's refusal to file the motion, which was left to the Government's sole discretion in the plea agreement, was based on an unconstitutional motive, and the Government's refusal is therefore not subject to judicial review.  <u>See</u> <u>United States v. Marks</u>, 244 F.3d 971, 975 (8th Cir. 2001).  The district court's judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____